UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SPURT INDUSTRY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS J. TURNER, et al.,<br><br>Defendants. | 2:17-CV-14122-TGB<br><br><br>**ORDER** |

# **ORDER REQUIRING JOINT STATUS UPDATE**

Plaintiff in this matter filed a Motion for Summary Judgment on November 16, 2018. ECF No. 33. Defendant failed to timely respond. On January 10, 2019, the Court issued an Order to Show Cause why the Motion for Summary Judgment should not be granted. ECF No. 34. Defendant filed its Response to the Motion for Summary Judgment and Order to Show Cause on January 17, 2019. ECF No. 35. On February 8, 2019, the parties stipulated to defer consideration of Plaintiff's Motion for Summary Judgment for 60 days, until April 8, 2019. ECF No. 36. The stipulation indicated that the parties intended "to consider and pursue

alternative dispute resolution through a Florida-based bankruptcy court proceeding[] and [settle] all claims through such process" during deferral. ECF No. 36 PageID.305.

The parties are **ORDERED** to submit a joint status report to the Court no later than seven days from the date of this order indicating the outcome of the parties' efforts and whether the parties wish the Court to render a decision on Plaintiff's pending Motion for Summary Judgment.

DATED April 12, 2019.

> BY THE COURT:
>
> /s/Terrence G. Berg
> TERRENCE G. BERG
> United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, April 12, 2019, by electronic and/or ordinary mail.

> S/A. Chubb
> Case Manager and Deputy Clerk